IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| RANDALL GENE LOONEY, II | § | |
| VS. | § | CIVIL ACTION NO.6:16cv1021 |
| DEPUTY HUCKABEE, ET AL. | § | |

### ORDER OF DISMISSAL

The above-entitled and numbered civil action was assigned to United States Magistrate Judge K. Nicole Mitchell, who subsequently issued a Report and Recommendation that Plaintiff's action be dismissed without prejudice for want of prosecution and failure to obey an order of the Court. A copy of the Report and Recommendation was mailed to Plaintiff. The acknowledgement card docketed by the Clerk's office indicates Plaintiff received the order on April 21, 2017. *See* Docket Entry #5. Neither party filed objections to the Report.

No objections thereto having been filed by either party, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. Accordingly, **IT IS THEREFORE**

**ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); Rule 41, Local Rules for the Eastern District of Texas. All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this the 18 day of **May, 2017.**

Thad Heartfield
United States District Judge